UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE BARAJAS,                          )     CASE NO. CV 16-4703-PJW
                                        )
                    Petitioner,         )
                                        )     J U D G M E N T
          v.                            )
                                        )
M. BOWEN, WARDEN,                       )
                                        )
                    Respondent.         )
_____    )

     Pursuant to the Order Vacating Order Requiring Response and
Dismissing Second or Successive Habeas Corpus Petition,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.


     DATED: September 14, 2016


                                   _____
                                   PATRICK J. WALSH
                                   UNITED STATES MAGISTRATE JUDGE


S:\PJW\Cases-State Habeas\BARAJAS, J 4703\Judgment.wpd